PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Salomon Lopez |
| **Docket Number:** | 1:02CR05203-001 REC |
| **Offender Address:** | Federal Prison, California City, CA |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Court Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/12/2002 |
| **Original Offense:** | Deported Alien Found in the U.S. (8 USC 1326)<br>(CLASS C FELONY) |
| **Original Sentence:** | 33 months prison, 3 years supervised release (TSR) |
| **Special Conditions:** | Search and deportation |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/27/2004 |
| **Assistant U.S. Attorney:** David Gappa | **Telephone:** (559) 497-4020 |
| **Defense Attorney:** | Marc Ament    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

**LOPEZ, Solomon**
**Docket Number: 1:02CR05203-001 REC**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     FAILURE TO OBEY ALL LAWS**

On January 31, 2006, the defendant was arrested for Illegal Entry.  On February 3, 2006, the defendant plead guilty to Illegal Entry (8 USC 1325) by the United States District Court, Southern District of California Case No. 06-10045-001 M-SD.  He was sentenced to 6 months Bureau of Prisons custody.  His projected release date is July 30, 2006.

**Details of alleged non-compliance:** The defendant reentered the United States following deportation to Mexico.  He did so while subject to supervised release conditions imposed by this district.

**United States Probation Officer Plan/Justification:** Because the defendant has since been sentenced and is subject to deportation once again, no adverse action is requested of this Court.

**LOPEZ, Solomon**
**Docket Number: 1:02CR05203-001 REC**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

Respectfully submitted,

/s/ Melinda S. Peyret

**Melinda S. Peyret**
**United States Probation Officer**
Telephone: (559) 499-5733

**DATED:**   3/14/2006
　　　　　　Fresno, California
　　　　　　MSP:mb


**REVIEWED BY:**     /s/ Bruce Vasquez
　　　　　　　　　**BRUCE A. VASQUEZ**
　　　　　　　　　**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

(  )   Other:

| | |
|---|---|
| **March 15, 2006** | /s/ OLIVER W. WANGER |
| **Date** | **Signature of Judicial Officer** |

Rev. 04/2005
PROB12A1.MRG